UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23615-CIV-ALTONAGA/Goodman

**MAURICE SYMONETTE**, *et al.*,

    Plaintiffs,
v.

**INDY MAC BANK**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiffs' Motion for Extension of time of Ten Days to Correct and Amend Complaint to Enter Newly Discovered Evidence [ECF No. 5]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiffs have until **September 27, 2018** to file their amended complaint, failing which the case will be dismissed without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 18th day of September, 2018.

                                                   **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    Plaintiffs, *pro se*