UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23615-CIV-ALTONAGA/Goodman

**MAURICE SYMONETTE**, *et al.*,

    Plaintiffs,
v.

**INDY MAC BANK**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Amended Complaint [ECF No. 7], filed on September 28, 2018, along with an Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 3]. By Order dated September 5, 2018 [ECF No. 4], the Court dismissed the *pro se* Plaintiffs' original Complaint [ECF No. 1], explaining it was a quintessential shotgun pleading, replete with conclusory and vague facts; a rambling incoherent grouping of claims against a state court judge, state court clerk of court, and several banks and financial institutions, regarding the foreclosure of Plaintiffs' property. The Court afforded Plaintiffs the opportunity to amend the Complaint, and thereafter gave Plaintiffs additional time to do so. (*See* Mot. for Ext. of Time [ECF No. 5] and Order [ECF No. 6]).

The Amended Complaint fares no better than the original Complaint. It, too, is a shotgun pleading. Instead of correcting the Complaint's 17 pages and 17 incomprehensible claims for relief (*see* Compl.), Plaintiffs now present a pleading consisting of 46 pages with 20 equally incomprehensible claims (*see* Am. Compl.). Accordingly, it is

**ORDERED AND ADJUDGED** that the Amended Complaint is **DISMISSED without prejudice**. The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions

CASE NO. 18-23615-CIV-ALTONAGA/Goodman

are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Plaintiffs, *pro se*